■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE LOPEZ, Appellant. [830 NYS2d 524]—Judgments, Supreme Court, New York County (Budd G. Goodman, J.), rendered on or about September 15, 2005, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Marlow, Nardelli and Catterson, JJ.